UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAMES C. BARNUM, JR.**                                      **CIVIL ACTION**

**VERSUS**                                                    **NO. 05-2226**

**CITY OF NEW ORLEANS, ET AL.**                               **SECTION "K" (3)**

## ORDER

Before the Court is a Motion for Summary Judgment brought by defendants the City of New Orleans, Crawford, Leblanc, McCleary, and McCourt (see Rec. Doc. No. 12).  L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the aforementioned Motion for Summary Judgment, set for hearing on June 28, 2006, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been

necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this   29th   day of June, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**